RONALD K. ALBERTS (SBN: 100017)
ralberts@grsm.com
HELA VAKNIN (SBN: 342083)
hvaknin@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone:  (213) 576-5088
Facsimile:  (213) 680-4470

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

WILLIAM REILLY (SBN: 120791)
GRANT INGRAM (SBN: 242785)
grantingramlaw@sonic.net
ROBOOSTOFF & KALKIN
369 Pine Street, Suite 820
San Francisco, CA 94104
Telephone: (415) 742-0369
Facsimile: (415) 732-0287

Attorneys for Plaintiff
MICHAEL WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL WILLIAMS, | ) CASE NO. 3:26-cv-00958-TLT |
|---|---|
| Plaintiff, | ) *Hon. Judge Trina Lynn Thompson* |
| vs. | ) **JOINT STATUS REPORT REGARDING MEDIATION** |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) |
| Defendant. | ) |

Pursuant to the Case Management and Scheduling Order (Dkt. No. 16), Plaintiff Michael Williams ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("Defendant") (collectively, the "Parties"), through their undersigned counsel, hereby jointly submit this Status Report Regarding Mediation.

JOINT STATUS REPORT REGARDING MEDIATION

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

The Parties have met and conferred and selected Rebecca Grey, Esq. as the mediator. The Parties are currently working on selecting a date on which the mediator and the Parties are all available. The Parties believe the mediation will be scheduled in the next few weeks and will make every effort to ensure that the mediation is scheduled prior to the mediation deadline of September 4, 2026.

Respectfully submitted.

Dated:  July 9, 2026                              GORDON REES SCULLY MANSUKHANI, LLP


By:   */s/Ronald K. Alberts*
Ronald K. Alberts
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY


Dated: July 9, 2026                               ROOSTOFF & KALKIN


By:   */s/Grant E. Ingram*
Grant E. Ingram
Attorneys for Plaintiff
MICHAEL WILLIAMS


**ATTESTATION OF E-FILED SIGNATURE**

I, Ronald K. Alberts, am the ECF user whose ID and password are being used to file this Joint Status Report Regarding Mediation. In compliance with Local Rule 5-1(h), I hereby attest that Grant E. Ingram, counsel for Plaintiff Michael Williams, has concurred in this filing.


*/s/Ronald K. Alberts*
Ronald K. Alberts